IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALFREDO TORRES § | |
| § | |
| VS. § | CIVIL ACTION NO: 5:17-CV-00289-DAE |
| § | |
| STEVE KENT TRUCKING, INC. and § | |
| JACOBY HOOPER § | |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

ALFREDO TORRES, Plaintiff, files this Motion to Dismiss With Prejudice, and would respectfully show the Court as follows:

1. Plaintiff has entered into a Settlement Agreement resolving the claims between him and Defendants Steve Kent Trucking, Inc. and Jacoby Hooper in this lawsuit. As part of this same agreement, Plaintiff has agreed to dismiss this lawsuit with prejudice as to Defendants Steve Kent Trucking, Inc. and Jacoby Hooper. As further part of this same agreement, the parties have agreed to the terms of an Agreed Order of Dismissal With Prejudice.

2. The Plaintiff respectfully requests that the Court enter the proposed Agreed Order of Dismissal With Prejudice, which is being filed simultaneously herewith.

Wherefore, for the foregoing reasons, the Plaintiff respectfully requests that this Court dismiss this lawsuit with prejudice by entering the Agreed Order of Dismissal With Prejudice being filed simultaneously herewith.

                Respectfully submitted,

                /s/ Daryoush Toofanian
                _____
                Daryoush Toofanian
                RAD LAW FIRM
                8001 LBJ FWY #300
                Dallas, Texas 75251
                Telephone: (972) 661-1111
                Facsimile: (972) 661-3537
                Email: dtoofanian@radlawfirm.com
                **ATTORNEY FOR PLAINTIFF**