IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ALFREDO TORRES** | § |
| | § |
| VS. | § CIVIL ACTION NO: 5:17-CV-00289-~~DAE~~ RCL |
| | § |
| **STEVE KENT TRUCKING, INC. and** | § |
| **JACOBY HOOPER** | § |

### AGREED ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

On this day came on to be considered the Plaintiff's Motion to Dismiss with Prejudice filed by ALFREDO TORRES, Plaintiff, in the above-referenced cause of action. The Court, having considered said motion, and being otherwise fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted.

IT IS THEREFORE ORDERED that this lawsuit be, and the same hereby is, dismissed with prejudice to refiling of the same as to Defendants Steve Kent Trucking, Inc. and Jacoby Hooper.

IT IS FURTHER ORDERED that each party shall pay its own costs and attorneys' fees incurred herein.

IT IS FURTHER ORDERED that all other relief not expressly granted herein is denied.

Signed this 28th day of November, 2018.

_____
PRESIDING JUDGE

Doc# 6733238

**AGREED TO FORM AND SUBSTANCE BY:**

/s/ Daryoush Toofanian
Daryoush Toofanian
RAD LAW FIRM
8001 LBJ FWY #300
Dallas, Texas 75251
Telephone: (972) 661-1111
Facsimile: (972) 661-3537
Email: dtoofanian@radlawfirm.com
**ATTORNEY FOR PLAINTIFF**

LARRY D. WARREN
State Bar No. 20888450
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com
WHITNEY BROADWATER
State Bar No. 24082733
Telephone: (210) 731-6471
Facsimile:   (210) 785-2919
wbroadwater@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
**ATTORNEYS FOR DEFENDANTS**